**Joseph FELDMAN, Appellant, v. UNITED STATES of America, Appellee.**

**Thomas SCHULTE, Appellant, v. UNITED STATES of America, Appellee.**

Nos. 7559, 7560.

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Stephens L. Blakely, of Covington, Ky., for appellants.

Mac Swinford, of Lexington, Ky., for the United States.

Before MOORMAN and ALLEN, Circuit Judges, and MARTIN, District Judge.

PER CURIAM.
The court being of opinion that the statute required the affixing of internal revenue stamps to the containers referred to in the evidence, and also that the evidence was sufficient to submit to the jury the question as to whether the appellants possessed the distilled spirits contained therein, it is ordered that the judgments be affirmed.

**FIDELITY & COLUMBIA TRUST COMPANY, Trustee for Mrs. Leo Thieman, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7196.

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Mason, Spalding & McAtee, of Washington, D. C., for petitioner.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

**Morris GELMAN v. UNITED STATES of America.**

No. 7650.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1937.

Harry S. Bennett, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
Pursuant to stipulation of counsel, it is ordered that the appeal in this cause be, and the same is hereby, dismissed.